**EANET, P.C.**
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Tel: (310) 775-2495
Fax: (310) 593-2589
meanet@emcfirm.com

Paul J. Andrews, Esq.
35 Braintree Hill Park
Braintree, MA 02184
Tel: (781) 590-2000
Fax: (781) 817-4434
attypja@gmail.com
ATTORNEYS FOR PLAINTIFF
DANIEL P. NEELON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL P. NEELON,<br><br>        Plaintiff,<br><br>v.<br><br>STAN BHARTI, BLAIR KRUEGER, FORBES & MANHATTAN, INC., and DESERT EAGLE RESOURCES LTD., F/K/A/ GARRISON INTERNATIONAL LTD.,<br><br>        Defendants | Case No.: 12-CV-00874-R-MAN<br><br>NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)<br><br><br>Judge: Hon. Manuel L. Real |

Please take notice that no transcripts will be ordered in connection with this appeal.  See 9ᵗʰ Cir. P. 10-3.1(c).  A copy of this Notice will provided to the Court of Appeals.

Dated:  April 22, 2015.

*/s/ Paul J. Andrews*
PAUL J. ANDREWS
Attorney for Plaintiff
DANIEL P. NEELON

MATTHEW L. EANET
Attorney for Plaintiff'
DANIEL P. NEELON

CERTIFICATE OF SERVICE

I, Paul J. Andrews, hereby certify that on this the 22ⁿᵈ day of April 2015, I have served all parties registered with ECF for this matter with a true copy of the foregoing *Notice* by virtue of transmitting the same to the Court via the ECF system.

*/s/ Paul J. Andrews*
Paul J. Andrews