FILED

UNITED STATES COURT OF APPEALS

MAR 29 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIEL P. NEELON,

        Plaintiff - Appellant,

v.

STAN BHARTI; et al.,

        Defendants - Appellees.

No. 15-55444

D.C. No. 2:12-cv-00874-R-MAN
Central District of California,
Los Angeles

ORDER

        Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

        A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT

        By: Roxane G. Ashe
        Circuit Mediator

RGA/Mediation